PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETHAN HOPPER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:21-cv-01428-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further consider the claimant's carpal tunnel syndrome, his mental impairments, and the residual functional capacity. We will also direct the Administrative Law Judge to further develop the record including ordering a consultative examination or obtaining medical expert evidence.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: <u>July 13, 2022</u>    LAW OFFICE OF PETER BRIXIE

By:  <u>/s/ Caspar Chan for Peter Brixie</u>*
PETER BRIXIE
*Authorized by email on July 13, 2022*
Attorneys for Plaintiff

Date: <u>July 13, 2022</u>    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  <u>/s/ Caspar Chan</u>
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  July 13, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE