PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
E-mail: peterbrixie@gmail.com

Attorney for ETHAN HOPPER

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ETHAN HOPPER,
Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
Defendant

Case No.: **2:21-cv-01428-CKD**

STIPULATION AND PROPOSED ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES

    To the honorable CAROLYN K. DELANEY, it is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that ETHAN HOPPER be awarded attorney fees and expenses in the amount of $6500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to ETHAN HOPPER, the government will consider the matter of assignment of EAJA fees to PETER BRIXIE.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to ETHAN HOPPER, but if the Department of the Treasury determines that ETHAN HOPPER does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to PETER BRIXIE pursuant to the

assignment executed by ETHAN HOPPER Any payments made shall be delivered to PETER BRIXIE

    This stipulation constitutes a compromise settlement of ETHAN HOPPER vs. COMMISSIONER OF SOCIAL SECURITY request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that ETHAN HOPPER may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of PETER BRIXIE to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: August 2, 2022      By:  /s/ Peter Brixie  
    PETER E. BRIXIE  
    Attorney at Law  
    Attorney for Plaintiff

Dated: August 2, 2022      /s/Caspar Chan  
    CASPAR CHAN  
    Special Assistant United States Attorney  
    Attorneys for Defendant

__ooo__

**APPROVED AND SO ORDERED.**

Dated:  August 8, 2022

_____  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE